Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV -9 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN D. CLIETT,<br><br>Defendant. | 1:22-CR-2111-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(8),<br>924(a)(8)<br>Person Subject to a Court Order in Possession of Firearms<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about July 23, 2022, in the Eastern District of Washington, the Defendant, BENJAMIN D. CLIETT, knowing of his status as a person subject to a court order meeting the requirements of Title 18, United States Code, Section 922(g)(8)(A)-(C), issued in the City of Yakima Municipal Court on July 18, 2022, did knowingly possess, in and affecting commerce, firearms, to wit:

– a Remington, model Nylon 66 Autoloader, .22LR caliber rifle, bearing serial number A2403716; and

– a Remington, model 17, 20-gauge shotgun, bearing serial number 27969,

INDICTMENT – 1

which firearms had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(8), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(8), 924(a)(8), the Defendant, BENJAMIN D. CLIETT, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

a Remington, model Nylon 66 Autoloader, .22LR caliber rifle, bearing serial number A2403716; and

a Remington, model 17, 20-gauge shotgun, bearing serial number 27969.

DATED this 9th day of November 2022.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Michael Ellis_
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2