FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Benjamin D. Cliett        **CASE NO.** 1:22-CR-2111-MKD

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(8), 924(a)(8) | Person Subject to a Court Order in Possession of Firearms | Not more than fifteen years imprisonment; and/or a $250,000 fine; three years supervised release; a $100 special penalty assessment |
|  | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |