

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Benjamin D. Cliett

United States District Court
Eastern District of Washington
Honorable Mary K. Dimke

| | |
|---|---|
| United States,<br><br>                    Plaintiff,<br><br>    v.<br><br>Benjamin D. Cliett,<br><br>                    Defendant. | No. 1:22-CR-2111-MKD<br><br>Order Granting Motion to Dismiss Indictment<br><br>[Proposed] |

1       Before the Court is Defendant's Motion to Dismiss Indictment. ECF No. ____.

2   After reviewing the submitted material and relevant authority, the Court is fully

3   informed and grants the motion.

4       Accordingly, it is hereby ordered: Defendant's Motion is granted.

5       It is so ordered. The District Court Executive is directed to enter this order and

6   distribute copies to counsel.

7   Dated: _____, 2023.

8                         _____

                             Hon. Mary K. Dimke

9                                U.S. District Judge

10

11

12

13

14

15

16

17

18

19