FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN D. CLIETT,<br><br>　　　　　　　　　　Defendant. | No. 1:22-CR-02111-MKD<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 40** |

　　　　Before the Court is Defendant's Motion to Dismiss Indictment, ECF No. 40. At Defendant's request, the Court stayed determination of this Motion pending the Supreme Court's decision in *United States v. Rahimi*. ECF Nos. 67, 77, 91. The Court directed the parties to file a status report on their respective positions within seven days of the issuance of a ruling in *Rahimi*. ECF No. 102 at 2; *see also* ECF No. 93 at 3.

　　　　On June 21, 2024, the Supreme Court issued its ruling in *Rahimi*, 602 U.S. __, 2024 WL 3074728 (2024). The United States filed a status report that day, contending that the *Rahimi* decision is controlling and requires denial of the Motion

ORDER – 1

to Dismiss.  ECF No. 105.  To date, Defendant has not filed a status report addressing *Rahimi*.

The Court has reviewed the briefing and concludes that the basis for Defendant's Motion to Dismiss—whether 18 U.S.C. § 922(g)(8) is consistent with the Second Amendment—is controlled by *Rahimi*.  The argument is foreclosed by the Supreme Court's ruling.  The Court denies the Motion to Dismiss.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss Indictment, **ECF No. 40**, is **DENIED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** July 1, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2