

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Benjamin D. Cliett

United States District Court
Eastern District of Washington
Honorable Mary K. Dimke

| United States, | No. 1:22-CR-2111-MKD |
| Plaintiff, | Objections to Presentence Report |
| v. | |
| Benjamin D. Cliett, | |
| Defendant. | |

On January 24, 2025, the United States Probation Office (USPO) filed a draft of Mr. Cliett's Presentence Investigation Report (PSIR).[1] Defense counsel and Mr. Cliett have reviewed the draft and discussed potential objections or changes to be made. During these reviews, a small error was noted, however, this error was addressed informally with the USPO. As a result of this discussion, and the USPO confirming the error would be corrected, Mr. Cliett has no formal objections to the draft PSIR.

Dated: February 7, 2025.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Benjamin D. Cliett

s/ Nick Mirr
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

---

[1] ECF No. 174

1

Service Certificate

2     I certify that on February 7, 2025, I electronically filed the foregoing with the

3     Clerk of the Court using the CM/ECF System, which will notify Assistant United

4     States Attorneys: Michael J. A. Ellis.

5                              s/ Nick Mirr
                              Nick Mirr, AT0014467
6                              Iowa State Bar Ass'n
                              306 E. Chestnut Ave.
7                              Yakima, Washington 98901
                              t: (509) 248-8920
8                              nick_mirr@fd.org

9

10

11

12

13

14

15

16

17

18

19